AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASAF PARAN,
6612 Bonnie Ridge Drive,
Apartment T-1,
Baltimore, MD 21209

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; PAUL E. NOVAK, Director of the USCIS Vermont Service Center; and GREGORY COLLETT, District Director of the USCIS Baltimore Field Office

**SUMMONS IN A CIVIL CASE**

CASE

Case: 1:08-cv-01366
Assigned To : Walton, Reggie B.
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

ROBERT S. MUELLER, III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, DC 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                      AUG - 6 2008
_____         _____
CLERK                                            DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE<br>August 8, 2008 |
| NAME OF SERVER (PRINT)<br>Brian S. Green | TITLE<br>Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ___Federal Express___

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 8, 2008         _[signature]_
                Date                 Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD  21117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**Debbie Meekins**

From: TrackingUpdates@fedex.com
Sent: Friday, August 08, 2008 9:59 AM
To: Debbie Meekins
Subject: FedEx Shipment 952639428860 Delivered

This tracking update has been requested by:

Company Name:       LAW OFFICES OF SHEELA MURTHY
Name:               DEBBIE MEEKINS
E-mail:             DEBBIE@MURTHY.COM

Our records indicate that the following shipment has been delivered:

Reference:                    08-1340M/DM
Ship (P/U) date:              Aug 7, 2008
Delivery date:                Aug 8, 2008 9:55 AM
Sign for by:                  J.SAWYER
Delivered to:                 FedEx Location
Service type:                 FedEx Standard Overnight
Packaging type:               FedEx Envelope
Number of pieces:             1
Weight:                       0.50 lb.
Special handling/Services:    Hold At FedEx Location

Tracking number:              952639428860

Shipper Information                   Recipient Information
DEBBIE MEEKINS                        ROBERT S. MUELLER, III DIRECTOR
LAW OFFICES OF SHEELA MURTHY          FEDERAL BUREAU OF INVESTIGATION
10451 MILL RUN CIRCLE;SUITE 100       J. EDGAR HOOVER BUILDING;935
OWINGS MILLS                          PENNSYLVANIA AVE, N.W.
MD                                    WASHINGTON
US                                    DC
21117                                 US
                                      20535

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 8:59 AM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

8/8/2008

Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.