AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASAF PARAN,
6612 Bonnie Ridge Drive,
Apartment T-1,
Baltimore, MD 21209

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation; and JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship and Immigration Services; PAUL E. NOVAK, Director of the USCIS Vermont Service Center; and GREGORY COLLETT, District Director of the USCIS Baltimore Field Office

Case: 1:08-cv-01366
Assigned To : Walton, Reggie B.
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

PAUL E. NOVAK, Director
Vermont Service Center,
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
75 Lower Welden St.
Saint Albans, Vermont 05479

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD 21117

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                              AUG - 6 2008

CLERK                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE | August 8, 2008 |
| NAME OF SERVER (PRINT)  Brian S. Green | TITLE | Attorney |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): ____Federal Express____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 8, 2008            _/s/ Brian S. Green_
　　　　　　　　Date　　　　　　　　　Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD  21117
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

**From:** TrackingUpdates@fedex.com
**Sent:** Friday, August 08, 2008 11:28 AM
**To:** Debbie Meekins
**Subject:** FedEx Shipment 952639428848 Delivered

---

This tracking update has been requested by:

Company Name:          LAW OFFICES OF SHEELA MURTHY
Name:                  DEBBIE MEEKINS
E-mail:                DEBBIE@MURTHY.COM

---

Our records indicate that the following shipment has been delivered:

Reference:                   08-1340M/DM
Ship (P/U) date:             Aug 7, 2008
Delivery date:               Aug 8, 2008 11:19 AM
Sign for by:                 A.STANLEY
Delivered to:                Receptionist/Front Desk
Service type:                FedEx Standard Overnight
Packaging type:              FedEx Envelope
Number of pieces:            1
Weight:                      1.00 lb.
Special handling/Services:   Deliver Weekday

Tracking number:             952639428848

Shipper Information                  Recipient Information
DEBBIE MEEKINS                       PAUL E. NOVAK, JR., DIRECTOR
LAW OFFICES OF SHEELA MURTHY         VT SERVICE CENTER
10451 MILL RUN CIRCLE;SUITE 100      US CITIZENSHIP & IMMIGRATION
OWINGS MILLS                         SERVIC;75 LOWER WELDEN STREET
MD                                   ST ALBANS
US                                   VT
21117                                US
                                     054790001

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 10:28 AM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the

8/8/2008

Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/8/2008