AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASAF PARAN,
6612 Bonnie Ridge Drive,
Apartment T-1,
Baltimore, MD  21209

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL B. MUKASEY, U.S. Attorney General; and ROBERT S.
MUELLER, III, Director of the Federal Bureau of Investigation; and
JONATHAN SCHARFEN, Acting Director of the U.S. Citizenship
and Immigration Services; PAUL E. NOVAK, Director of the USCIS
Vermont Service Center; and GREGORY COLLETT, District
Director of the USCIS Baltimore Field Office

CASE

Case: 1:08-cv-01366
Assigned To : Walton, Reggie B.
Assign. Date : 8/6/2008
Description: Admn. Agency Review

TO: (Name and address of Defendant)

GREGORY COLLETT, District Director
Baltimore Field Office,
U.S. Citizenship and Immigration Services, in
31 Hopkins Plaza, Suite 700
Baltimore, MD  21201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Aron A. Finkelstein, Esquire
Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mills, MD  21117

an answer to the complaint which is served on you with this summons, within _____ 60 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

AUG – 6 2008

CLERK

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE August 8, 2008 |
| NAME OF SERVER *(PRINT)*  Brian S. Green | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant.  Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

_____

G  Other (specify): _____ Federal Express _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  August 8, 2008 _____
              Date             Signature of Server

Murthy Law Firm
10451 Mill Run Circle, Suite 100
Owings Mill, MD  21117
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## Debbie Meekins

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Friday, August 08, 2008 10:42 AM |
| **To:** | Debbie Meekins |
| **Subject:** | FedEx Shipment 952639428826 Delivered |

This tracking update has been requested by:

| | |
|---|---|
| Company Name: | LAW OFFICES OF SHEELA MURTHY |
| Name: | DEBBIE MEEKINS |
| E-mail: | DEBBIE@MURTHY.COM |

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Reference: | 08-1340M/DM |
| Ship (P/U) date: | Aug 7, 2008 |
| Delivery date: | Aug 8, 2008 10:28 AM |
| Sign for by: | A.YAO |
| Delivered to: | Mailroom |
| Service type: | FedEx Standard Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |
| Special handling/Services: | Deliver Weekday |

| | |
|---|---|
| Tracking number: | 952639428826 |

| Shipper Information | Recipient Information |
|---|---|
| DEBBIE MEEKINS | GREGORY COLLETT, DIS. DIRCTOR |
| LAW OFFICES OF SHEELA MURTHY | BALTIMORE FIELD OFFICE |
| 10451 MILL RUN CIRCLE;SUITE 100 | US CITIZENSHIP & IMMIGRATION |
| OWINGS MILLS | SERVIC;31 HOPKINS PLAZA, SUITE |
| | 700 |
| MD | BALTIMORE |
| US | MD |
| 21117 | US |
| | 21201 |

Please do not respond to this message. This email was sent from an unattended
mailbox. This report was generated at approximately 9:42 AM CDT
on 08/08/2008.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above,
or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.